UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LAURIE TARDIFF, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>KNOX COUNTY, DANIEL DAVEY, in his individual capacity and in his official capacity as Knox County Sheriff, and JANE DOE and JOHN DOE, in their individual capacities,<br><br>Defendants | Civil No. 02-251-P-C |

Gene Carter, Senior District Judge

### ORDER DENYING PLAINTIFFS' MOTION TO EXTEND THE CLASS PERIOD

Plaintiffs have filed a Motion requesting that the class period in this case be extended until May 1, 2006.[1]  The Court will deny Plaintiffs' request.

The final pretrial conference is scheduled for April 13, 2006, and the case is on the May 2006 trial list.  If the Court were to extend the class period, then it would be necessary to reopen discovery.  This would, undoubtedly, delay trial.  Given the history of the discovery efforts by the parties in this case, the Court finds that it is not in the

---

[1] Although there appears to be some confusion on Defendants part regarding whether the class has been closed, *see* Motion for Reconsideration (Docket Item No. 150) at 23, the record makes clear that the class is now closed.  When the class was certified in this case, the Court left it open-ended because there was no suggestion by either party that the alleged unlawful practice had been discontinued.  *See* Order Granting Plaintiffs' Motion for Class Certification (Docket Item No 21).  Thereafter, however, the parties agreed to conclude discovery at December 31, 2004, and, with the Court's approval, Plaintiffs provided public notice of the pendency of the lawsuit.  In that notice, Plaintiffs limited the time period of the class to strip searches conducted between November 19, 1996 and December 31, 2004.

interest of the class members, or of judicial economy, to extend the class period until May 1, 2006. Accordingly, the Court **ORDERS** that Plaintiffs' Motion to Extend the Class Period be, and it is hereby, **DENIED**.

/s/ Gene Carter
Gene Carter
Senior United States District Judge

Dated this 4th day of April, 2006.