# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| LAURIE TARDIFF, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>KNOX COUNTY, DANIEL DAVEY, in his individual capacity and in his official capacity as Knox County Sheriff, and JANE DOE and JOHN DOE, in their individual capacities,<br><br>　　　　　Defendants | Civil No. 02-251-P-C |

Gene Carter, Senior District Judge

## ORDER

The Court has scheduled a Final Pretrial Conference for April 13, 2006, at 2:00 and that conference will be held by Judge Carter. In preparation for the Final Pretrial Conference the Court Orders as follows:

　　　　1.　　On or before August 10, 2005, Plaintiffs gave written notice of the names, dates of arrest, and charges of the class members to Defendants. Thereafter, notice of this lawsuit was published to the public and additional class members may have come forth. By April 7, 2006, Plaintiffs are hereby **ORDERED** to supplement the written notice of class members previously provided to Defendants with written notice of names, dates of arrest, and charges of persons who have been identified as members of the class since the August 10, 2005. In other words, by April 7, 2006, Plaintiffs shall provide Defendants written notice identifying all the class members, dates of arrest, and charges against the class member. Defendants are hereby **ORDERED** to provide Plaintiffs and the Court written notice of the class members to which they object and the basis for their objection by April 12, 2006. The parties should be prepared to discuss issues related to class membership at the Final Pretrial Conference.

2.  The parties are hereby **ORDERED** to give opposing counsel and the Court written notice of those claims and defenses they contend remain for trial by April 12, 2006.

/s/ Gene Carter
Gene Carter
Senior United States District Judge

Dated this 4th day of April, 2006.