UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LAURIE TARDIFF, individually, and<br>On behalf of others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 02-251-P-C |
| | ) | |
| KNOX COUNTY, DANIEL DAVEY, in<br>his capacity as Knox County Sheriff, and<br>JANE DOE and JOHN DOE, in their<br>Individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RESOLVING OBJECTIONS TO REPORT OF
FINAL PRETRIAL CONFERENCE AND ORDER**

The following action is hereby taken with respect to the Objections of the parties to the

Report of Final Pretrial Conference and Order (Docket Item No. 181);

1.    <u>Page 3, l. 1, under ¶ 1.A</u> --  Strike "persons" and substitute therefore

"misdemeanants."

2.    <u>Page 5, ll. 1 and 2 under ¶ C</u>  --  Strike sentence as written and substitute

therefore the following:

      C.    Plaintiffs' counsel is **<u>ORDERED</u>** to provide all Rule
           26(b)(4) expert discovery materials to defense counsel on
           or before April 29, 2006.

3.    <u>Page 5, ll. 1 and 2 under ¶ B</u>  --  Strike the provision as written and

substitute therefore the following:

      B.    It is **<u>ORDERED</u>** that Plaintiffs' counsel shall provide final
           witness lists for trial on or before May 30, 2006 and that
           defense counsel shall provide such lists to Plaintiffs'
           counsel on or before July 15, 2006.

4.      <u>Page 5 at ¶ A</u>  --  Strike the paragraph as written and substitute therefore

the following:

> A.      A discovery cutoff date on liability occurred on April 8, 2005.  Ongoing discovery after the date of this Report may be conducted only with respect to <u>remaining</u> liability issues and damages as generated by witnesses identified after the date of this Report.

5.      <u>Page 5 after ¶ C</u>  --  Insert the following material:

> D.      It is **ORDERED** that to facilitate and expedite ongoing discovery, defense counsel shall be, and is hereby authorized to, contact absent class members for the limited purpose of inquiring about their knowledge of the facts in litigation in this case.  Defense counsel shall forthwith provide to Plaintiffs' counsel a written identification of all absent class members so contacted after contact is made.

6.      <u>Page 4, l. 2 under ¶ 5</u>  --  Strike "indicated" and substitute therefore

"individual."

Attached hereto is a copy of the original Report of Final Pretrial Conference and Order

on which the above amendments are represented by underscoring.

So **ORDERED**.

/s/Gene Carter_____
GENE CARTER
Senior District Court Judge

Dated at Portland, Maine this 5th day of May, 2006.

2