UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE
Dare v. Knox County Civil Action No. 02-251-PC

# You could get a payment from a $3 million dollar class action settlement if you meet all of the following conditions:

1. You were held at the Knox County Jail during the period November 19, 1996 to December 31, 2004.

2. You were held at the Knox County Jail after an arrest but before a bail hearing or first court appearance.  This includes arrests on default and other warrants.

3. You were **not** charged with a crime involving drugs, weapons or a violent felony.

4. You were strip searched without evaluation to determine if there was a reason to Suspect possession of hidden contraband.

A strip search process is one in which you were required to remove all of your clothes while a corrections officer inspected and viewed your naked body.  In some cases, the officer may have required you to either squat cough and open your mouth or expose your body cavity while a corrections officer inspected and viewed your naked body.

*A federal Court authorized this notice. This is not a solicitation from a lawyer.*

- A $3 million settlement has been proposed in a class action lawsuit about alleged illegal strip searches that took place when people were strip searched at the Knox County Jail while being held prior to trial.

- The settlement fund will pay cash to those who submit valid claims after deducting attorney's fees, and the costs and expenses for this case.

- The settlement prohibits the Knox County Jail from continuing the policy, custom and practice of strip searching people held prior to trial, charged with crimes not involving drugs, weapons or a violent felony.

Your legal rights are affected if you act or do not act. **Please Read this Notice Carefully**

You are receiving this notice because records show that you **may** be a class member. To see if you qualify, you must submit a complete Settlement Claim Form, postmarked by February 12, 2007, to:

Dare Claims Administrator, **P.O. Box 2006, Chanhassen, MN 55317-2006**

If you submit a claim form and qualify as a class member, you will share in this settlement. The amount of money you will receive depends on how many people submit claim forms. The money will be divided by the number of claims. Lawyers for the plaintiffs believe that over seven thousand people are eligible members of the Class.

**Questions? Call Toll Free (877) 797-5732 or visit www.knoxcountyjailclass.com.**

1

You have the right to opt out or request to be excluded from the settlement class. To do so, you must mail a written request to the Claims Administrator at Dare Claims Administrator, P.O. Box 2006, Chanhassen, MN  55317-2006.  Use the Opt Out/Exclusion form attached to this notice.  **To be valid your exclusion request must be received on or before February 12, 2007.  Read the remaining paragraphs of this notice so that you fully understand what it means to opt out or exclude yourself from this settlement and what you have to do to be excluded.**

| **THESE ARE YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:** ||
|---|---|
| Submit a Claim Form | This is the only way to get a payment. **Remember: Claim Forms postmarked after February 12, 2007 will not be considered for payment.** |
| Object | You must write to the Court explaining why you believe the settlement is not fair by February 12, 2007. Second, you must appear in Court at the Fairness Hearing on April 23, 2007.  Third, you must also submit a claim form. |
| Do Nothing | You get no payment. You will still be bound by the settlement and you give up your right to sue the defendant on these claims later. |
| Opt Out/Exclusion | You get no payment. You will not be bound by the settlement and you will keep your right to sue the Defendant on these claims, if the statute of limitations has not run on your claim. |

**THE SETTLEMENT BENEFITS – WHAT YOU GET AND HOW TO GET IT**

*How much will my payment be?*

We do not know the amount of the payments. If you are eligible you will get a payment for only one strip search. The amount will depend on how many people submit claim forms.  The amount per person will decrease as the number of forms submitted increases. Each participating person will receive an equal amount.

The settlement money will be distributed after payment of attorneys' fees, expenses and bonuses. Counsel requests a 30% attorney's fee, which includes all costs, expenses and disbursements.  Class counsel requests payment of a bonus to the class representative and class members who were deposed to compensate them for the time they spent helping to bring about this settlement and for the loss of privacy to the class representative. The requested bonuses range from $500.00 for participating in a deposition to $5,000.00 for serving as class representative. The total amount of the requested bonuses is $14,500.00, less than 1% of the total settlement.

*How can I get a payment?*

You must fill out the Settlement Claim Form completely and mail it to the Claims Administrator. A Claim Form is included with this notice. You can also obtain a Claim Form from the Settlement Website at www.knoxcountyjailclass.com. **The envelope must be postmarked no later than February 12, 2007; if it is not, your claim will be denied.**

**Questions? Call Toll Free (877) 797-5732 or visit www.knoxcountyjailclass.com.**

The settlement check will be written in your name with your social security number. Your check will be sent to your mailing address. If you move, you must notify the Claims Administrator in writing of your new address or the check will be sent to your old address.

### *When will I get my payment?*

You cannot be paid until the settlement is approved by the Court and any appeals are over. The Court will hold a hearing on April 23, 2007, to decide whether to approve the settlement. If the Court approves the settlement and all appeals are completed promptly, you should receive your settlement check by June 1, 2007, unless there are any unforeseen delays.

### *Will I have to pay taxes on my payment?*

You may have to pay taxes on your payment. You should consult your tax preparer when you file your tax returns. The Claims Administrator will send you a 1099 Form. (If you have questions about backup withholding, Form W-9 or Form 1099, call your tax preparer or the IRS Information Reporting Program Customer Service Section, toll free at (866) 455-7438, 8:30 am to 4:30 p.m., Monday through Friday.)

### *What should I do if I do not want to participate in the class action?*

If you do not wish to participate in the class action, do nothing. If you do not send in a claim form you will not be a participating Class Member and you will not receive a payment. You will also be barred from filing a case on these claims in the future.

## WHO IS IN THE SETTLEMENT

### *What is a Class Action and who are Class Members?*

In a class action, one or more people, called Class Representatives (in this case, Dale Dare), sued on behalf of all people who have similar claims. All of the people who were similarly treated are known as the Class or Class Members. One court resolves the issues for all Class Members.

### *How do I know if I am a Class Member and part of the settlement?*

The Court has ruled that you are a Class Member if you meet all four factors below:

1. You were held at the Knox County Jail after November 19, 1996 and before December 31, 2004.
2. You were held at Knox County Jail after an arrest but before a bail hearing or first court appearance. This includes arrests on default and other warrants.
3. You were not charged with a crime involving drugs or weapons or a violent felony.
4. You were strip searched before a first court appearance or while awaiting bail.

NOTE: You are **not** a class member if you were either (1) strip searched while you were serving a sentence, (2) you were strip searched after an evaluation which determined there was reason to suspect possession of hidden contraband., or (3) you were arrested for and/or charged with a crime involving drugs, weapons or a violent felony.

**Questions? Call Toll Free (877) 797-5732 or visit www.knoxcountyjailclass.com.**

*<u>What crimes are considered to be violent felonies?</u>*

The following crimes are violent felonies: aggravated assault, arson, assault on an officer, criminal restraint, elevated aggravated assault, gross sexual assault, kidnapping, manslaughter, murder, rape, and robbery. This list is non-exclusive, and other felony level crimes may be determined to be "violent".

*<u>What if I was arrested for more than one crime?</u>*

The most serious charge for an arrest will determine your class membership. If any one of the charges was a crime involving weapons or drugs or was a violent felony, you are not a class member for that arrest. You might be eligible for another arrest.

*<u>What if I was arrested on a default warrant of violation of probation or parole?</u>*

You are a class member if you were arrested on a default or other warrant or for violating the terms of probation or parole so long as the crime for which you were on probation did not involve weapons, or rugs, or a violent felony.

*<u>Who makes the final decision about who qualifies as a Class Member?</u>*

The Class Administrator makes the final decision about who qualifies as a Class Member subject to Court review. The booking records kept by the Knox County Jail will help determine if you are a class member. You can help by listing the date or dates when you feel you met the class definition. If the records do not show that you fit the class definition, your claim will be denied. You can appeal your denial to the claims administrator by sending documentation and information regarding the dates you believe you were held and strip searched. A decision by the Claims Administrator can be appealed to the Judge. (If you are not a class member, you are not bound by this settlement. You can take action as an individual if you wish.)

*<u>What if I was arrested and strip searched more than once, can I still participate?</u>*

Yes. If you were arrested and brought to the Jail more than once during the class period you are a member of the class and can recover money. You can only recover one payment, however, as you will not be provided with extra payments if you were arrested and strip searched at the jail more than one time.

*<u>What if I was at the jail on or before November 18, 1996 or after December 31, 2004?</u>*

The time period for being a class member is based on the legal requirement that a case must be filed within a certain time period; this is called the statute of limitations. The law in Maine only allows a person to bring a claim within six years after his or her rights were violated. Because this case was filed on or about November 19, 2002, class members include anyone strip-searched in the six years before that date. If you were strip-searched on or before November 18, 1996, it may be too late to bring a lawsuit. The time period for the class ends on December 31, 2004. If you were strip-searched after this date, that search is not a part of this lawsuit; you must file your own lawsuit.

*<u>What if I was found not guilty of the crime for which I was arrested?</u>*

**Questions? Call Toll Free (877) 797-5732 or visit <u>www.knoxcountyjailclass.com</u>.**

4

You are entitled to the same settlement amount whether you were found guilty or not guilty of the crime.

### *What if I am still unsure about whether I am part of the settlement?*

If you are still unsure as to whether you are a member of the class, you may fill out and return the Settlement Claim Form. If the settlement is approved, you will be notified if you do not qualify. If you qualify you will receive a check. You may also visit the settlement website on the Internet at www.knoxcountyjailclass.com or call (877) 797-5732 to speak to a Settlement Administrator or Class Counsel to answer your questions.

### *How did the lawyers in this case find me and how can I protect my privacy?*

After you were arrested, you gave your name and address at the Knox County Jail during booking. This information was given to the lawyers for the plaintiffs by Knox County pursuant to a court order. The lawyers for the plaintiffs will do everything they can to protect your privacy. Only the lawyers in the case and the Court appointed Claims Administrator will know your name and, in most cases, only the Claims Administrator will see your Claim Form.

## THE COURT'S FAIRNESS HEARING

### *What is a Fairness Hearing?*

The Court will hold a hearing to decide whether to approve the settlement. The Court will consider whether the settlement is fair, reasonable and adequate. The Court will also decide whether to approve the request for attorney's fees, costs, expenses and the bonuses to class representatives. If the Court approves the proposed settlement, it will affect all class members.

### *When and where is the hearing?*

The Hearing will be held on April 23, 2007 at 10:00 a.m. in the U.S. District Court of Maine, 156 Federal Street, Portland, ME.

### *Do I have to come to the hearing?*

Class counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you object to the settlement and you want to explain the objection to the Court you can attend the hearing or hire your own lawyer to attend for you.

### *May I or my lawyer speak at the hearing?*

Yes, but only if you or your lawyer filed a written objection before the hearing.

## OBJECTING TO THE SETTLEMENT

### *What if I think the proposed settlement is not fair? What can I do?*

**Questions? Call Toll Free (877) 797-5732 or visit www.knoxcountyjailclass.com.**

If you wish to object to the proposed settlement, you must state your objections to the Court in a letter sent to the Dare Settlement Claims Administrator, postmarked by February 12, 2007.  The Claims Administrator will forward your objection to the Court and to the lawyers for the plaintiffs and for Knox County. If you want to explain the written objection to the court you, or a lawyer on your behalf, can appear in the U.S. District Court of Maine, 156 Federal Street, Portland, ME on April 23, 2007 to present your objections.

You may object to the proposed settlement and still be eligible to receive a payment.  ***You must submit a valid Settlement Claim Form even if you object to the settlement, if you wish to claim money should the settlement be approved.***

## THE LAWYERS IN THIS CASE

### *Who are the lawyers in this case?*

The lawyers for the plaintiffs are Robert Stolt, Esq., and Sumner Lipman, Esq., Lipman, Katz & McKee, 227 Water Street, P.O. Box 1051, Augusta, ME 04332-1051, and Dale Thistle, Esq., 103 Main Street, P.O. Box 160, Newport, ME 04953.

Defendant Knox County is represented by attorney Peter Marchesi, Wheeler and Arey, P.A., 27 Temple Street, PO Box 376, Waterville, ME 04901, and John J. Wall, III, Monaghan Leahy LLP, 95 Exchange Street, PO Box 7046, Portland, ME 04112-7046.

### *How will the plaintiffs' lawyers be paid?*

The lawyers for the plaintiffs will request that the Court award an attorney's fee of 30% of the settlement fund, which will include out-of-pocket costs.

## OPTING OUT

### *How do I opt out if I don't want to be a member of the class, but want to pursue my claims in my own lawsuit?*

If you wish to opt out of this class action to pursue your own claim against Knox County, you may do so by completing an "OPT OUT/EXCLUSION FORM" and submitting it on or before February 12, 2007 to the Dare Claims Administrator, P.O. Box 2006, Chanhassen, MN  55317-2006. You can obtain an Opt Out/ Exclusion form from the Claims Administrator at the above address, by calling the Claims Administrator toll free at 1-877-797-5732 or by downloading an Opt Out/Exclusion form at the internet website at www. Knoxcountyjailclass.com.  To be valid, the form must be postmarked by February 12, 2007.

## OTHER INFORMATION

**Questions? Call Toll Free (877) 797-5732 or visit <u>www.knoxcountyjailclass.com</u>.**

If you wish to view the Court file or a copy of the proposed settlement agreement, you may go to the Clerk of the U.S. District Court of Maine, 156 Federal Street, Portland, ME during regular business hours.  You can also view the settlement papers on the web at www.knoxcountyjailclass.com.

To obtain more information or ask questions about the settlement, you can call the Claims Administrator toll-free at (877) 797-5732 ; write to the Claims Administrator at Dare Claims Administrator, **P.O. Box 2006, Chanhassen, MN 55317-2006**; or visit the Internet website at www.knoxcountyjailclass.com.  On the website you will find answers to frequently asked questions, a downloadable claim form, plus additional information that may help you determine if you are a Class Member.

**Important – Please do not call the Court directly with questions about the settlement.**

**Questions? Call Toll Free (877) 797-5732 or visit www.knoxcountyjailclass.com.**