# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DALE DARE, on behalf of himself and on behalf of others similar situated,<br><br>                Plaintiffs<br><br>v.<br><br>KNOX COUNTY and DANIEL DAVEY, in his individual capacity and in his official capacity as Knox County Sheriff,<br><br>                Defendants | Civil No. 02-251-P-C |

Gene Carter, Senior District Judge

### ORDER DENYING MOTION TO AUTHORIZE DARE CLAIMS ADMINISRATOR TO PAY AWARDS OUT OF SETTLEMENT FUND

Now before the Court is Plaintiffs' Motion to Authorize Dare Claims Administrator to Pay Awards Out of Settlement Fund (Docket Item No. 435) in which Plaintiffs' counsel proposes that the Court authorize the Claims Administrator to make the following payments:

    (1) Lipman, Katz & McKee, P.A. $750,000 in attorneys' fees;

    (2) Lipman, Katz & McKee, P.A. $23,822.74 in litigation expenses;

    (3) Dale Dare $5,000 as an incentive award for his role as class representative;

    (4) $500 to each of the 20 class members who were deposed during discovery; and

    (5) one share of $1,985,000 (One Million Nine Hundred Eighty-Five Thousand Dollars) to each of the 376 class members whose Proof of Claim was approved.

Plaintiffs' Motion further requests that all the monies – approximately $250,000 – remaining in the Dare Settlement Fund including earned interest be retained in the fund.

The Court finds that the proposed retention of approximately $250,000 in the Dare Settlement Fund is inconsistent with the Court's Order on Motion for Final Approval of Class Settlement (Docket Item No. 400).  The Court does not find that any provision of the Order on Motion for Final Approval of Class Settlement authorizes or permits the retention of such monies in the Dare Settlement Fund.  To clarify, the Court's Order on Motion for Final Approval of Class Settlement requires that each class member with an approved Proof of Claim receive one share of the monies remaining in the settlement fund after distribution of the following:

(1) Lipman, Katz & McKee, P.A. $750,000 in attorneys' fees;

(2) Lipman, Katz & McKee, P.A. $23,822.74 in litigation expenses;

(3) Dale Dare $5,000 as an incentive award for his role as class representative;

(4) $500 to each of the 20 class members who were deposed during discovery; and

(5)  a reasonable amount for the costs (including the $29,791.19 previously advanced) of the Claims Administrator in the administrative process.

Further, the Court **FINDS** that the distribution of funds pursuant to anything other than a final judgment is inappropriate and inefficient and will jeopardize a proper distribution of the settlement funds by causing the Court to lose jurisdiction over all or part of the funds before entry of a final judgment.

Accordingly, the Court **ORDERS** that Plaintiffs' Motion to Authorize Dare Claims Administrator to Pay Awards Out of Settlement Fund be, and it is hereby, **DENIED**.  The Court further **ORDERS** that Plaintiffs' counsel shall file a certification of

the number of class members who have had their Proofs of Claim approved and the names and addresses of those individuals on or before August 23, 2007.  The Court further **ORDERS** that Plaintiffs' counsel shall file a certification of the reasonable amount proposed and agreed to by the Claims Administrator sufficient to cover the costs of the Claims Administrator's further work.

    The Court further **ORDERS** that the Claims Administrator file a proposed final accounting of the settlement funds with the Court on or before August 23, 2007 stating the distribution of the fund in accordance with the Orders of the Court.

/s/ Gene Carter  
GENE CARTER  
Senior U.S. District Court Judge

Dated at Portland, Maine this 17th day of August, 2007.